# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Court Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Pension (D.C. Government) | $61,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property I Income (Washington, D.C.) | E | Rent | O | S | | | | | |
| 2. Rental Property II Income (Washington, D.C.) | C | Rent | N | W | | | | | |
| 3. Janney Montgomery IRA | | | | | | | | | |
| 4. Prudential Variable Annuity | | None | N | T | Buy | 01/14/11 | N | | |
| 5. Janney Montgmery IRA | | | | | | | | | |
| 6. Columbia Marisco 21st Fund | | None | | | Sold | 10/3/11 | J | A | See Part VIII |
| 7. Calamos Growth Fund A | | None | | | Sold | 10/3/11 | J | A | |
| 8. First Eagle Fund | | None | | | Sold | 10/3/11 | J | A | |
| 9. Thornburg Income Builder Fund A | A | Dividend | J | T | Sold (part) | 10/3/11 | J | A | See Part VIII |
| 10. Thornburg Int'l Value Fund | A | Dividend | J | T | Sold (part) | 10/3/11 | J | A | See Part VIII |
| 11. Allianz NFJ Dividend Value Fund | | None | | | Sold | 10/3/11 | J | A | See Part VIII |
| 12. Allianz Small Cap Value Fund | | None | | | Sold | 10/3/11 | J | B | See Part VIII |
| 13. First Trust Div. Leaders Index Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 14. Harbor Int'l Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 15. ING Global Real Estate Fund | | None | J | T | Buy | 10/3/11 | J | | |
| 16. I Shares Russell 1000 Value Index Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 17. I Shares Russell 1000 Growth Index Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Munder Mid Cap Growth Fund | | None | J | T | Buy | 10/3/11 | J | | |
| 19. T Rowe Price Equity Income Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 20. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 21. T Rowe Price Emerging Mkts Stock Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 22. Royce Total Return Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 23. Security Equity Mid Cap Value Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 24. SPDR Index S&P Emerging Mkts ETF | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 25. Wisdomtree Managed Futures | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 26. Mainstay High Yield Corp Bond Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 27. Mainstay Floating Rate Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 28. PIMCO Total Return Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 29. PIMCO Unconstrained Bond Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 30. Prudential Short Term Corp. Bd. Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 31. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 32. Janney Montgomery Fund | | | | | | | | | |
| 33. Allianz NFJ Dividend Value Fund | | None | | | Sold | 2/3/11 | J | A | See Part VIII |
| 34. Capital Income Bldr Fund, Class A | | None | | | Sold | 10/14/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Vance SMID Cap Fund | | None | | | Sold | 10/14/11 | J | A | |
| 36. Henderson Int'l Opportunities Fund | | None | | | Sold | 2/3/11 | J | A | See Part VIII |
| 37. Ivy Funds Inc. | | None | | | Sold | 10/14/11 | J | A | |
| 38. Keeley Funds Inc. | | None | | | Sold | 10/14/11 | J | A | |
| 39. Kinetics Mutual Funds | A | Dividend | | | Sold | 10/14/11 | J | A | |
| 40. NFJ Div Int and Strategy Fund | | None | | | Sold | 10/14/11 | K | A | |
| 41. Prudential Jennison 20/20 | A | Dividend | | | Sold | 10/14/11 | J | A | |
| 42. Thornburg Int'l Value Fund | A | Dividend | J | T | Sold (part) | 10/14/11 | J | A | See Part VIII |
| 43. Thornburg Income Builder Fund | A | Dividend | J | T | Sold (part) | 10/14/11 | J | A | See Part VIII |
| 44. D.C. Hsg Fin Agy Mun Bond | A | Distribution | | | Redeemed | 1/3/11 | J | A | |
| 45. Janney Advantage Insured Sweep | A | Interest | J | T | | | | | |
| 46. Prudential Equity Income Fund | A | Dividend | | | Buy | 2/3/11 | J | | |
| 47. Prudential Equity Income Fund | A | Dividend | | | Sold | 10/14/11 | J | A | |
| 48. Harbor Int'l Fund | A | Dividend | | | Buy | 2/3/11 | J | | |
| 49. Harbor Int'l Fund | A | Dividend | | | Sold | 10/14/11 | J | A | |
| 50. First Trust Div. Leaders Index Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 51. ING Global Real Estate Fund | | None | J | T | Buy | 10/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. I Shares Russell 1000 Value Fund Index | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 53. I Shares Russell 1000 Growth Index Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 54. Munder Mid Cap Growth Fund | | None | J | T | Buy | 10/14/11 | J | | |
| 55. T Rowe Price Equity Income Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 56. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Buy | 2/3/11 | J | | |
| 57. T Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 58. Royce Total Return Fund | A | Dividend | J | T | Buy | 2/3/11 | J | | |
| 59. Security Equity Mid Cap Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 60. SPDR Index S&P Emerging Mkts ETF | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 61. Wisdomtree Managed Futures Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 62. Mainstay High Yield Corp. Bonds Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 63. Mainstay Floating Rate Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 64. PIMCO Total Return Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 65. PIMCO Unconstrained Bond Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 66. Presidential Short Term Corp. Bond Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 67. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line Item 1. One-half interest Rental Property I (Washington, D.C.) - the assessed total value is $ 840,000.

Line Item 2. One-third interest in Rental Property II (Washington, D.C.) - the estimated total value is $340,000.


Line 6. Was labeled Columbia FDS Class A last year, is actually Columbia Marisco 21st

Line 9. Was labeled Thornburg Value Fund A last year, is actually Thornburg Income Builder

Lines 10 & 12 & 43. Were inadvertently omitted in last year's report

Line 11. Was labeled Allianz Orr. Ren. A last year, is actually Allianz NFJ Dividend Value

Line 33. Was labeled Allianz Funds Multi Manager last year, is actually Allianz NFJ Dividend Value Fund

Line 36. Was labeled Henderson Global last year, is actually Henderson Int'l Oppotunities

Line 42. Was labeled Thornburg Investment Trust last year, is actually Thornburg Int'l Value

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544